UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS C. JOY, P00918,<br>　　　　　Petitioner,<br>　　v.<br>BRYAN D. PHILLIPS, Acting Warden,<br>　　　　　Respondent(s). | Case No. 22-cv-07499-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

　　　　This federal habeas action by a state prisoner was filed on November 28, 2022. The court notified petitioner in writing at that time that the action was deficient because the petition was incomplete (missing first two critical pages) and so was the application to proceed in forma pauperis (IFP) (missing signature page). The court sent petitioner blank petition and IFP application forms and advised him that failure to file the requested items within 28 days would result in dismissal of the action.

　　　　More than 28 days have passed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. Petitioner's incomplete IFP application (ECF No. 2) is DENIED, and the action is DISMISSED without prejudice.

　　　　The clerk is instructed to close the file.

　　　　**IT IS SO ORDERED**.

Dated: January 6, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge